Judge Berman

07 cv 6616

349-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PACSUM SHIPPING INC.,

      Plaintiff,

 -against-

CHANGBAI SHIPPING CO. LTD. and
DAEYANG SHIPPING CO. LTD., SEOUL,

      Defendants.
-----------------------------------------------------------x

07 CV _____ ( ___ )

**RULE 7.1 STATEMENT**

The Plaintiff, PACSUM SHIPPING INC., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
   July 23, 2007

           FREEHILL HOGAN & MAHAR, LLP
           Attorneys for Plaintiff PACSUM SHIPPING INC.

     By: _____
        Peter J. Gutowski (PG 2200)
        Pamela L. Schultz (0335)
        80 Pine Street
        New York, NY 10005
        Telephone: (212) 425-1900
        Facsimile: (212) 425-1901

NYDOCS1/287070.1