UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
PACSUM SHIPPING, INC.

                Plaintiff,

- against -

CHANGBAI SHIPPING CO., LTD. and
DAEYANG SHIPPING CO., LTD., SEOUL,

                Defendants.
------------------------------------------------------------

Case No.: **07 CV 6616(RMB)**

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL RULE E(8)**

    PLEASE TAKE NOTICE, that defendants Changbai Shipping Co., Ltd. and Daeyang Shipping Co., Ltd, Seoul, by and through their undersigned counsel, hereby enter a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure to defend against the claims in this action.

Dated: August 7, 2007
       New York, New York

                            Respectfully submitted,

                            By_____
                              Christopher Carlsen (CC 9628)
                              CLYDE & CO US LLP
                              The Chrysler Building
                              405 Lexington Avenue
                              New York, New York 10174
                              (212) 710-3900
                              christopher.carlsen@clydeco.us

                              Attorneys for Defendants